

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-4-2014

# In Re: Joe Toney, Jr.

Precedential or Non-Precedential: Non-Precedential

Docket No. 13-4751

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"In Re: Joe Toney, Jr." (2014). *2014 Decisions.* Paper 364.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/364

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-4751
_____

IN RE:  JOE M. TONEY, JR.,
Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Middle District of Pennsylvania
(Related to M.D. Pa. Civ. No. 11-cv-00780)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
March 6, 2014

Before:  McKEE, Chief Judge, GARTH and SCIRICA, Circuit Judges

(Opinion filed:  April 4, 2014)
_____

OPINION
_____

PER CURIAM

Pro se petitioner, Joe Toney, has filed a mandamus petition pursuant to 28 U.S.C.

§ 1651, wherein he seeks to compel the United States District Court for the Middle

District of Pennsylvania to rule on motions for summary action filed by the parties to the

underlying civil action.  Finding no basis for granting mandamus relief, we will deny the

petition.

From a review of the District Court docket, an order disposing of the parties'

summary judgment motions, as well as Toney's motion for default judgment, was entered on March 18, 2014. Accordingly, Toney's petition for writ of mandamus seeking to compel the District Court to dispose of the motions is moot. The petition for a writ of mandamus is thus denied.